BEATRICE LOMIENTO *v.* PRUDENTIAL PROPERTY
AND CASUALTY INSURANCE COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 24713) is denied.

*Beatrice Lomiento*, pro se, in support of the petition.

*William J. Melley III*, in opposition.

Decided May 5, 2004

WILLIAM A. TORGERSON *v.* SARAH TUXIS
RESIDENTIAL SERVICES, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 81 Conn. App. 435 (AC 23637), is denied.

*Joshua A. Winnick*, in support of the petition.

*Leslie S. Hollo*, in opposition.

Decided May 12, 2004

WESTERN BOOT AND CLOTHING COMPANY, INC. *v.*
L'ENFANCE MAGIQUE, INC.

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 486 (AC 23771), is denied.

*David M. Wallman*, in support of the petition.

Decided May 12, 2004